El Pueblo *v.* Castrillo.

Apelación procedente de la Corte de Distrito de Humacao.

No. 12.—Resuelto en mayo 13, 1904.

Apelación—Pliego de Excepciones.—No habiendo pliego de excepciones, ni apareciendo de los autos que se haya cometido algún error, la sentencia apelada debe ser confirmada.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. del Toro, Fiscal.*

La parte apelante no compareció.

El Juez Asociado Sr. Figueras, emitió la siguiente opinión del tribunal:

El Fiscal de la referida corte presentó, debidamente jurada, una acusación en la forma siguiente:

"Nicolás Castrillo, en uno de los días del mes de diciembre de 1903, en el subdistrito de Caguas, acometió á Pedro Coto disparándole un tiro."

Se leyó y entregó copia al acusado de dicha acusación, que fué negada, y se sometió al tribunal de derecho.    En 5 de marzo último se celebró el juicio, y en el acta se consigna que declararon los testigos de cargo, no constando en ella (*) sus declaraciones, pero sí se expresa que el defensor no presentó prueba alguna.    En 8 de marzo se dictó sentencia y entendiendo la corte que se había cometido el delito definido y penado en el artículo 237 del Código Penal, vigente, condenó a Nicolás Castrillo, por acometimiento con arma mortífera, disparando un tiro, sin herir al contrario, a la pena de seis meses de cárcel.    Contra esta sentencia se interpuso recurso de apelación por medio de un simple escrito, sin que exista pliego de excepciones.    No se personó el apelante en esta Corte Suprema, y el Fiscal, por escrito y en el acto de la vista, impugnó el recurso.

Como se ve, no hay problema jurídico planteado; pero hemos examinado detenidamente todas las diligencias que se han remitido, y nada hemos encontrado que aconseje la modificación de la sentencia recurrida.    Proponemos, pues, su confirmación, con imposición de las costas de este recurso al apelante Nicolás Castrillo, pero entendiéndose que este delito debe definirse, según la ley de la Asamblea Legislativa, aprobada en 10 de marzo último, de acometimiento y agresión.

*Resuelto de conformidad.*

Jueces concurrentes, Sres. Presidente Quiñones, y Asociados, Hernández, Sulzbacher y MacLeary. (*)